# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Rodrigo Maldonado

v.

Michael Chertoff, Secretary; Emilio Gonzalez, Director; David Still, District Director; Frank Siciliano, Officer in Charge, U.S.D.H.S.

SUMMONS IN A CIVIL CASE

CASE NUMBER: C 07 1940 CRB

E-Filing

TO: (Name and address of defendant)

Mr. Michael Chertoff
Secretary, U.S.D.H.S.
c/o Office of General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528
(see above defendants)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward R. Litwin
Christina H. Lee
Litwin & Associates
1435 Huntington Ave., Ste. 336,
South San Francisco, CA 94080
tel: (650) 588-7100
fax: (650) 588-4302
email: elitwin@litwinlaw.com
email: clee@litwinlaw.com

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

DATE  APR -5 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons* and Complaint was made by me [1] | DATE 04/11/2007 |
| Name of SERVER  Lisa Teofilo | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☒  Other (specify):   Via certified mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   04/11/2007
             *Date*

*Signature of Server*

1435 Huntington Ave, Ste. 336
South San Francisco, CA  94080

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

\* and other papers

**CERTIFICATE OF SERVICE**

I, Lisa Teofilo, declare:

That I am over the age of 18 and not a party to this action. My business address is 1435 Huntington Ave, Suite 336, South San Francisco, CA 94080.

On April 11, 2007, I served a true copy of the following document:

- Complaint and summons and other papers.

By sending said copy in a sealed envelope, with postage fully paid thereon, by first class certified mail to the following addresses:

    Michael Chertoff
    Secretary, US Department of Homeland Security
    c/o Office of the General Counsel
    U.S. Department of Homeland Security
    Washington, D.C. 20528

    Emilio T. Gonzalez
    Director, USCIS
    c/o Office of the General Counsel
    U.S. Department of Homeland Security
    Washington, D.C. 20528

    David N. Still
    District Director, USCIS Northern California
    c/o Office of the General Counsel
    U.S. Department of Homeland Security
    Washington, D.C. 20528

    Alberto R. Gonzalez
    U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Ave, NW
    Washington, D.C. 20530-0001

    Office of the U.S. Attorney
    Northern District of California
    ATTN: Civil Process Clerk
    450 Golden Gate Avenue
    P.O. Box 36055
    San Francisco, CA 94102

Certificate of Service
Rodrigo MALDONADO, C-07-1940

Frank Siciliano
Officer in Charge, USCIS San Jose
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of April, 2007, at _____ South San Francisco _____, California.

_____/s/ Teofilo_____
Lisa Teofilo

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

_____/s/_____
Christina H. Lee

Certificate of Service
Rodrigo MALDONADO, C-07-1940