1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 RODRIGO MALDONADO,                     )
                                          ) No. C 07-1940 CRB
13            Plaintiff,                  )
                                          )
14       v.                               ) **STIPULATION TO EXTEND DATES;**
                                          ) **and [PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary;           )
   EMILIO T. GONZALEZ, Director, CIS;     )
16 DAVID N. STILL, District Director;     )
   FRANK SICILIANO, Officer in Charge,    )
17 Department of Homeland Security,       )
                                          )
18            Defendants.                 )
   _____)
19

20       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to the approval of the Court, to the following:

22       1. Plaintiff filed this action on or about April 5, 2007, and Defendants' Answer is currently

23 due on June 12, 2007.

24       2. Pursuant to this Court's April 5, 2007 Order Setting Initial Case Management Conference,

25 the parties are required to file a joint case management statement on July 6, 2007, and attend a

26 case management conference on July 13, 2007.

27       3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

28 and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

Stip to Ext Time
C 07-1940 CRB

1  this Court to extend the dates in the Court's scheduling order as follows:

2      Defendant's Answer:    August 1, 2007

3      Last day to file Joint ADR Certification:    August 10, 2007

4      Last day to file/serve Joint Case Management Statement:    August 24, 2007

5      Case Management Conference:    August 31, 2007 at 8:30 a.m.

6

7  Dated: June 11, 2007    Respectfully submitted,

    SCOTT N. SCHOOLS
8      United States Attorney

9

10          /s/
    ILA C. DEISS
11      Assistant United States Attorney
    Attorney for Defendants
12

13

14  Dated: June 11, 2007        /s/
    EDWARD R. LITWIN
15      Attorney for Plaintiff

16

17  **ORDER**

18  Pursuant to stipulation, IT IS SO ORDERED.

19

20

21  Date:

    CHARLES R. BREYER
22      United States District Judge

23

24

25

26

27

28

Stip to Ext Time
C 07-1940 CRB