SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODRIGO MALDONADO, ) <br> ) <br>           Plaintiff, ) <br> ) <br>           v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary; ) <br> EMILIO T. GONZALEZ, Director, CIS; ) <br> DAVID N. STILL, District Director; ) <br> FRANK SICILIANO, Officer in Charge, ) <br> Department of Homeland Security, ) <br> ) <br>           Defendants. ) <br> ) | No. C 07-1940 CRB <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about April 5, 2007, and Defendants' Answer is currently due on June 12, 2007.

    2. Pursuant to this Court's April 5, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on July 6, 2007, and attend a case management conference on July 13, 2007.

    3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

Stip to Ext Time
C 07-1940 CRB

1 | this Court to extend the dates in the Court's scheduling order as follows:

2 | Defendant's Answer: August 1, 2007

3 | Last day to file Joint ADR Certification: August 10, 2007

4 | Last day to file/serve Joint Case Management Statement: August ~~24~~ **17**, 2007

5 | Case Management Conference: August ~~31~~ **24**, 2007 at 8:30 a.m.

Dated: June 11, 2007                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: June 11, 2007                _____/s/_____
EDWARD R. LITWIN
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: June 13, 2007                _____
CHARLES R. BREYER
United States District Judge

*[Seal: United States District Court, Northern District of California]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

Stip to Ext Time
C 07-1940 CRB