1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 RODRIGO MALDONADO,                     )
                                          ) No. C 07-1940 RMW
13           Plaintiff,           )
                                          )
14        v.                            ) **STIPULATION TO DISMISS; AND**
                                          ) **[PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary;           )
   EMILIO T. GONZALEZ, Director, CIS;     )
16 DAVID N. STILL, District Director;     )
   FRANK SICILIANO, Officer in Charge,    )
17 Department of Homeland Security,       )
                                          )
18           Defendants.          )
   _____)
19

20     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because

22 United States Citizen and Immigration Services has issued a Notice of Intent to Deny Plaintiff's

23 adjustment of status application (Form I-485).

24     Each of the parties shall bear their own costs and fees.

25 ///

26 ///

27

28

Stip to Dismiss
C 07-1940 RMW

| | |
|---|---|
| Dated: July 10, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>　　　　　　/s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: July 11, 2007 | 　　　　　　/s/<br>EDWARD R. LITWIN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
RONALD M. WHYTE
United States District Judge

Stip to Dismiss
C 07-1940 RMW