SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 7/25/07*

| | |
|---|---|
| RODRIGO MALDONADO, | No. C 07-1940 RMW |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS; AND [] ORDER** |
| MICHAEL CHERTOFF, Secretary; EMILIO T. GONZALEZ, Director, CIS; DAVID N. STILL, District Director; FRANK SICILIANO, Officer in Charge, Department of Homeland Security, | |
| Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because United States Citizen and Immigration Services has issued a Notice of Intent to Deny Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Stip to Dismiss
C 07-1940 RMW

Dated: July 10, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 11, 2007

_____/s/_____
EDWARD R. LITWIN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/25/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stip to Dismiss
C 07-1940 RMW